OPINION — AG — THE COUNTY ELECTION BOARD OF OSAGE COUNTY DOES NOT HAVE THE AUTHORITY TO CREATE A NEW PRECINCT IN THE CITY OF WYNONA, WHICH NEW PRECINCT WOULD LIE PARTY IN MORE THAN ONE WARD OF SAID CITY. (ESTABLISHMENT OF PRECINCTS IN CITIES WHICH WOULD BE PARTLY IN ONE WARD OF THE CITY AND PARTLY IN ANOTHER WARD) CITE: OPINION NO. MAY 10, 1932 — CRESS, 26 O.S. 25 [26-25], 26 O.S. 116 [26-116] (RICHARD M. HUFF)